# EXHIBIT E

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

PRESENT:   **HON. WILLIAM PERRY**                                    PART                           **23**

                                                    *Justice*

-----------------------------------------------------------------------X

KALPANA PATEL M.D.,                                 INDEX NO.              154347/2022

                                    Petitioner,       MOTION DATE          05/19/2022

                          - v -                       MOTION SEQ. NO.         001

MARY BASSETT M.D., NYS DEPT.OF HEALTH, PAULA
BREEN, NYS OFFICE OF PROF. MED. CONDUCT, NYS          **DECISION + ORDER ON**
BOARD OF PREFESSIONAL MEDICAL CIONDUCT,                        **MOTION**
MICHAEL JACUBOWSKI M.D, JEFFREY CONKLIN ESQ.

                          Respondent.

-----------------------------------------------------------------------X

The following e-filed documents, listed by NYSCEF document number (Motion 001) 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33

were read on this motion to/for                   ARTICLE 78 (BODY OR OFFICER)                   .

For the reasons stated on the record and based upon the following, the motion is granted.

Public Health Law ("PHL") Sec. 230(10)(k) provides as follows:

(k) The executive secretary of the board of the Office of Professional Misconduct

("OPMC") with the specific approval of a committee on professional conduct of the

board shall have the power to issue subpoenas requiring persons to appear before the

board and be examined with reference to a matter within the scope of the inquiry or the

investigation being conducted by the board and produce books, papers, records or

documents pertaining thereto.

In the case at bar, the subpoena issued was not signed by the executive secretary of the

board as required by the statute. It was signed by counsel to the Board, who does not possess the

authority to issue subpoenas or control investigations.

The subpoena is therefore facially insufficient, and thus the petition is dismissed.

**154347/2022   PATEL M.D., KALPANA vs. BASSETT M.D., MARY T. ET AL**
**Motion No.   001**                                                          Page 1 of 2

1 of 2

| 8/4/2022 | | | | WILLIAM PERRY, J.S.C. |
| --- | --- | --- | --- | --- |
| DATE | | | | |

CHECK ONE:        [X] CASE DISPOSED        [ ] NON-FINAL DISPOSITION

                       [X] GRANTED    [ ] DENIED    [ ] GRANTED IN PART    [ ] OTHER

APPLICATION:        [ ] SETTLE ORDER        [ ] SUBMIT ORDER

CHECK IF APPROPRIATE:    [ ] INCLUDES TRANSFER/REASSIGN    [ ] FIDUCIARY APPOINTMENT    [ ] REFERENCE

154347/2022   PATEL M.D., KALPANA vs. BASSETT M.D., MARY T. ET AL        Page 2 of 2
Motion No.  001